# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
MARIBEL PERALTA BONIFACIO,

                Plaintiff,                    20 **CIVIL** 972 (GBD) (OTW)

       -against-                         **JUDGMENT**

KILOLO KIJAKAZI
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Memorandum Decision and Order dated September 27 2021, Magistrate Judge Wang's Report is adopted in full. Plaintiff's motion for judgment on the pleadings, (ECF No. 17) is denied. Defendant's cross-motion for judgment on the pleadings, (ECF No. 17) is granted.

**Dated:**  New York, New York
          September 28, 2021

                                                            **RUBY J. KRAJICK**
                                                             _____
                                                                 **Clerk of Court**
                                   **BY:**
                                                                   **Deputy Clerk**